IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CHARLES JACKSON,

      Plaintiff,                    No. 2:11-cv-2116 KJN P

      vs.

FEDERAL CORRECTIONAL
INSTITUTION, HERLONG, et al.,

      Defendants.            ORDER

                            /

         Plaintiff, a federal prisoner proceeding without counsel, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an unsigned request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Rule 11 of the Federal Rules of Civil Procedure require all documents to be signed by litigants. Id. Also, plaintiff has not included a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a signed application form and a certified copy of his prison trust account statement.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Plaintiff shall submit, within thirty days from the date of this order, a signed application to proceed in forma pauperis with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

1  failure to comply with this order will result in a recommendation that this action be dismissed
2  without prejudice; and
3      2. The clerk of the court shall send plaintiff an application to proceed in forma
4  pauperis by a prisoner.
5  DATED: August 15, 2011

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

jack2116.3c.new