1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN CHARLES JACKSON,

11           Plaintiff,                    No. 2:11-cv-2116 KJN P

12      vs.

13   FEDERAL CORRECTIONAL
     INSTITUTION, HERLONG, et al.,
14
             Defendants.                   ORDER
15   _____/

16           Plaintiff, a federal prisoner proceeding without counsel, filed a civil rights action

17   pursuant to 42 U.S.C. § 1983.  By order filed August 16, 2011, plaintiff was directed to file a

18   signed request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and a

19   certified copy of his prison trust account statement for the six month period immediately

20   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  On August 25, 2011, plaintiff

21   filed a request to proceed in forma pauperis, along with the certified prison trust account

22   statement, but failed to sign the application form.  As the court previously informed plaintiff,

23   Rule 11 of the Federal Rules of Civil Procedure requires all documents to be signed by litigants.

24   Id.  Accordingly, the court will direct the Clerk of Court to send plaintiff a copy of the August

25   25, 2011 application and plaintiff will be granted an additional period of time in which to sign

26   and return the application.  Plaintiff is cautioned that failure to timely comply may result in the

                                            1

1    dismissal of this action.

2                   In addition, on August 25, 2011, plaintiff filed a motion to postpone any deadlines

3    while plaintiff is awaiting transfer.  Plaintiff stated he will notify the court of his new address

4    once he arrives at his new facility.  Plaintiff is advised that prison officials are required to

5    forward plaintiff's mail.  This court is not authorized to postpone proceedings for indefinite

6    periods of time based solely on the possibility that plaintiff may be transferred to a different

7    prison.  Plaintiff's August 25, 2011 motion is denied.

8                   In accordance with the above, IT IS HEREBY ORDERED that:

9                   1.  The clerk of the court shall send plaintiff a copy of plaintiff's application to

10   proceed in forma pauperis (dkt. no. 6) filed August 25, 2011.

11                  2.  Plaintiff shall submit, within thirty days from the date of this order, a signed

12   copy of the August 25, 2011 application to proceed in forma pauperis.  Plaintiff's failure to

13   comply with this order will result in a recommendation that this action be dismissed without

14   prejudice.

15                  3.  Plaintiff's August 25, 2011 motion (dkt. no. 7) is denied.

16   DATED:  September 20, 2011

17

18                                                      _____
                                                        KENDALL J. NEWMAN
19                                                      UNITED STATES MAGISTRATE JUDGE

20   jack2116.3

21

22

23

24

25

26