IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CHARLES JACKSON,

     Plaintiff,                    No. 2:11-cv-2116 KJN P

     vs.

FEDERAL CORRECTIONAL
INSTITUTION ("FCI"), HERLONG,
HEALTH SERVICES, et al.,

     Defendants.              ORDER
_____/

     Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Therefore, plaintiff's request for the appointment of counsel is denied.

////

////

On December 2, 2011, plaintiff's complaint was dismissed, and plaintiff was granted thirty days in which to file an amended complaint.  Plaintiff now states he is housed in the SHU (segregated housing unit), and there is a waiting list for the law library for research.  However, the December 2, 2011 order provided plaintiff with the legal standards plaintiff must apply to the specific facts underlying plaintiff's allegations.  Thus, in order to comply with that order, plaintiff must set forth specific facts concerning what happened to plaintiff, as well as who was responsible, which should be known to plaintiff without additional legal research.  In an abundance of caution, however, the court will grant plaintiff an extension of time in which to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 2, 2011 request for the appointment of counsel (dkt. no. 13) is denied; and

2. Plaintiff is granted an extension of time to file an amended complaint; on or before February 2, 2012, plaintiff shall file an amended complaint that complies with this court's December 2, 2011 order.

DATED: December 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack2116.31

2